U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 1 2023

TONY R. MOORE, CLERK
BY: _____
     DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **I F G PORT HOLDINGS L L C** | **CASE NO. 2:16-CV-00146** |
| **VERSUS** | **MAGISTRATE JUDGE KATHLEEN KAY** |
| **LAKE CHARLES HARBOR & TERMINAL DISTRICT** | |

### EN BANC ORDER

**IT IS ORDERED** that pursuant to 28 U.S.C. §455(a), all the district and magistrate judges of this court hereby recuse themselves from this proceeding.

Considering the Honorable Michael J. Truncale and the Honorable Magistrate Judge Christine L. Stetson of the Eastern District of Texas are currently designated to hear this matter filed within the Western District of Louisiana, and with their consent,

**IT IS FURTHER ORDERED** that this matter is transferred to the Honorable Michael J. Truncale of the Eastern District of Texas.

**IT IS FURTHER ORDERED** that the Honorable Michael J. Truncale may assign the Honorable Magistrate Judge Christine L. Stetson of the Eastern District of Texas to this matter at any time of his choosing.

Monroe, Louisiana, this 1st day of November, 2023.

_____
TERRY A. DOUGHTY, CHIEF JUDGE
FOR THE EN BANC COURT