# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| IFG PORT HOLDINGS LLC.<br>*Plaintiff*,<br><br>versus<br><br>LAKE CHARLES HARBOR &<br>TERMINAL DISTRICT d/b/a THE<br>PORT OF LAKE CHARLES<br>*Defendant*. | § § § § § § § § § § § <br>CIVIL ACTION NO. 2:16-CV-146 |

## ORDER

The court *sua sponte* orders that the responses to Plaintiff's Motion to Compel Subpoena Compliance from Matthew Mize and Robichaux, Mize, Wadsack, Richardson & Watson, LLC (doc. #690), Motion to Compel Subpoena Compliance from Merrick Norman, Matthew Pettaway, Norman Business Law Center, LLC and Taylor, Porter, Brooks & Phillips, LLP (doc. #691) and Motion by Non-Party to Quash or in the Alternative, Modify Subpoena *Ad Testificandum* and Requested Relief Under F.R.E. 502(d) by Merrick J Norman, Jr (doc. #694) are due by January 19, 2024.

**SIGNED this the 9th day of January, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE