UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IFG PORT HOLDINGS LLC | § § | |
| VERSUS | § § | CIVIL ACTION NO. 2:16-CV-00146 |
| LAKE CHARLES HARBOR & TERMINAL DISTRICT D/B/A THE PORT OF LAKE CHARLES | § § § § | JUDGE MICHAEL J. TRUNCALE |

## ORDER ON DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE THAT IS NOT MATERIAL TO THE MOTION TO VACATE

Before the Court is Defendant Lake Charles Harbor & Terminal District d/b/a the Port of Lake Charles ("the Port")'s Motion *in Limine* to Exclude Evidence That Is Not Material to the Motion to Vacate [Dkt. 743]. For the reasons discussed at the Final Pretrial Conference that the Court held on April 16, 2024, the Court rules on the Port's Motion as follows:

A. **DENIED**

B. **DENIED**

C. **DENIED**

D. **GRANTED**

It is therefore **ORDERED** that Defendant's Motion *in Limine* to Exclude Evidence That Is Not Material to the Motion to Vacate [Dkt. 743] is **GRANTED IN PART** and **DENIED IN PART.**

SIGNED this 16th day of April, 2024.

Michael J. Truncale
United States District Judge